NOT FOR PUBLICATION                                             (Doc. No. 30)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | | |
|---|---|---|
| Ivette VELEZ, | : | |
| Plaintiff, | : | Civil No. 15-3638 (RBK/KMW) |
| v. | : | **Order** |
| WELLS FARGO BANK, N.A., | : | |
| Defendant. | : | |

**KUGLER**, United States District Judge:

**THIS MATTER** having come before the Court upon Defendant Wells Fargo Bank, N.A.'s Motion to Dismiss (Doc. No. 30), and the Court having considered the moving papers, and for the reasons expressed in the accompanying Opinion;

**IT IS HEREBY ORDERED** that Defendant's Motion is **GRANTED**;

**IT IS HEREBY FURTHER ORDERED** that the Clerk of Court is directed to enter judgment in favor of Defendant and against Plaintiff;

**IT IS HEREBY FURTHER ORDERED** that the Clerk of Court shall **CLOSE THIS CASE**.

Dated:   4/11/2017                                       s/ Robert B. Kugler

                                                         ROBERT B. KUGLER

                                                         United State District Judge

1